UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| PAUL ROLLINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | **4:10CV-40-HLM** |
| STATE FARM FIRE & CASUALTY ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT STATE FARM FIRE & CASUALTY COMPANY'S DAUBERT MOTION TO EXCLUDE THE EXPERT TESTIMONY OF JEFFERY FAVA**

**COMES NOW State Farm Fire & Casualty Company.** (hereinafter "State Farm"), Defendant in the above-referenced case, and hereby moves pursuant to Federal Rule of Evidence 702, to exclude certain opinions of Plaintiff's expert Jeffery P. Fava.

In support of this motion, Defendant relies upon the enumerations of this document, the accompanying Brief, Argument and Citation of Authorities.

Specifically, Defendant's enumerated assertions are:

-1-

The Plaintiffs in this action retained the services of Jeffery P. Fava, a

licensed contractor, to serve as an expert in this case.

**-2-**

Ms. Fava has inspected the property, completed a Rule 26 report, and provided opinions on behalf of the Plaintiff including two summary cost analyses for Plaintiff's home: one for replacement, one for repair; however, the repair summary was not supported by any documentation and was not itemized in any way.

**-3-**

Defendant deposed Mr. Fava on November 3, 2010.

**-4-**

Defendant files this motion pursuant to Federal Rule of Evidence 702 as Mr. Fava is not qualified as an expert by knowledge, skill, experience, training or education, and as there is no reliable scientific foundation for Mr. Fava's testimony and opinions as to the repair cost of Plaintiff's residence, the issues of mold, structural engineering or inhabitability of Plaintiff's home, and thus the opinions of Mr. Fava as to these issues are inadmissible under Rule 702 as interpreted by the Supreme Court in Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993).

-5-

Furthermore, if the Court excludes Mr. Fava's testimony on the above-stated issues, Mr. Fava's testimony with respect to the replacement cost of the home must also be excluded as irrelevant pursuant to Rule 702 as it does not assist the trier of fact to understand the evidence or to determine a fact or issue in dispute.  The same would also be prejudicial to Defendant and confuse the issues in dispute.

**WHEREFORE**, Defendant prays that:

    (a)    The Court find that Mr. Fava is not qualified to present reliable expert testimony related to the repair cost of Plaintiff's residence and the issues of mold, structural engineering or inhabitability of Plaintiff's home and that his testimony and opinions related to said issues are excluded pursuant to Rule 702.

    (b)    The Court exclude Mr. Fava's testimony and opinions related to the replacement cost of Plaintiff's home as irrelevant pursuant to Rule 702.

    (c)    The Court exclude Mr. Fava's Rule 26 Report and Initial Report in their entirety.

Respectfully submitted this 7th day of January, 2011.

        **MINOR, BELL & NEAL, P.C.**

**BY:** /s/ William F. Jourdain
      **WILLIAM F. JOURDAIN**
      **GA BAR NO. 405465**
      **THEODORE S. LU**
      **GA BAR NO. 516420**

      **ATTORNEYS FOR DEFENDANT**

**P.O. BOX 2586**
**DALTON, GA 30722-2586**
**(706) 259-2586**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| PAUL ROLLINS, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>STATE FARM FIRE & CASUALTY )<br>COMPANY, )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br><u>**4:10CV-40-HLM**</u> |

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served a true and exact copy of the within and foregoing **Defendant State Farm & Casualty Company's Daubert Motion to Exclude the Testimony of Jeffery Fava and Brief in Support** has been served via the Court's electronic mailing system to the following:

Robert S. Grot
Grant, Konvalinka & Harrison, P.C.
633 Chestnut Street, Suite 900
Chattanooga, TN 37450-0900

This 7th day of January 2011.

        **MINOR, BELL & NEAL**

    **BY:**   **/s/ William F. Jourdain**
           **WILLIAM F. JOURDAIN**
           **GA. BAR NO. 405465**

**P.O. Box 2586**
**Dalton, GA 30722-2586**
**(706) 259-2586**